IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARY FORREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| NEW CENTURY MORTGAGE ) | |
| CORPORATION, ) | |
| ) | **Jury Demanded** |
| Defendant. ) | |

# COMPLAINT

## INTRODUCTION

1. Plaintiff Mary Forrest brings this action to secure redress for a course of conduct that included the accessing of a consumer report on plaintiff without plaintiff's written consent or any lawful reason, in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1337 and 15 U.S.C. § 1681p.

3. Venue in this District is proper in that defendant does business in this District and in that the mailing that gave rise to the violations of law complained of was directed to and received by plaintiff in this District.

## PARTIES

4. Plaintiff Mary Forrest is an individual who resides in Milwaukee, Wisconsin.

5. Defendant New Century Mortgage Corporation ("NCMC") is a

corporation with principal offices in California. It does business under the name Home123 Corporation and it is licensed by the State of Wisconsin as a mortgage banker.

  6. In or about October 2005, Plaintiff Forrest received from defendant a solicitation, a copy of which is attached as <u>Exhibit A,</u> via the United States mail.

  7. Defendant sent or caused to be sent to Plaintiff Forrest the material in <u>Exhibit A.</u>

  8. Upon information and belief, defendant used or caused to be used information from a credit reporting agency in determining to send <u>Exhibit A.</u>

  9. Plaintiff Forrest had not authorized Defendant or any agent of the Defendant to access or use Plaintiff Forrest's consumer report or the information therein.

  10. The FCRA, 15 U.S.C. § 1681b, provides it is permissible to obtain a consumer report on a consumer only with the written consent of the consumer or for certain "permissible purposes," such as the extension of credit to, or review or collection of an account of, the consumer, employment purposes, the underwriting of insurance, or in connection with a business transaction that is initiated by the consumer.

  11. The requester must certify to the consumer reporting agency that a permissible purpose exists.

  12. One "permissible purpose" is to extend a firm offer of credit or insurance to the consumer, even where this has not been requested by the consumer.

  13. The sending of the material in <u>Exhibit A</u> does not constitute a permissible reason for anyone to access a consumer report on Plaintiff without Plaintiff's consent.

  14. The sending of <u>Exhibit A</u> does not qualify as a "firm offer of credit"

within the meaning of the FCRA.

15. Exhibit A states "We will determine the specific terms of your loan based on the product you request and the information obtained in processing this loan . . . . All loans subject to underwriting approval, including credit verification and property valuation. Not all borrowers will qualify."

16. The purported offer lacks material terms essential for the making of a firm offer of credit. The interest rate is not specified, and neither is the repayment term. In order to make a firm offer of credit, "there must clearly be an *offer*." *Murray v. Flexpoint Funding Corp.*, No. 05-cv-1253, 2005 WL 1463500, *2 (N.D. Ill., June 17, 2005) (emphasis in original).

17. It has no value beyond a solicitation for mortgage business, the sending of which is not a permissible purpose for accessing consumer report information. *Cole v. U.S. Capital, Inc.,* 389 F.3d 719 (7th Cir. 2004).

## COUNT I – FCRA

18. Plaintiff incorporates the above-numbered paragraphs by reference.

19. Defendant obtained a consumer report on Plaintiff and every other person to whom Exhibit A was sent without their written permission or a "permissible purpose."

20. As Defendant did not make a firm offer of credit, Defendant's accessing of plaintiff's consumer report violated 15 U.S.C. § 1681b(c)(1)(B).

21. Defendant's violation was willful.

22. Defendant is liable to the plaintiff and class members pursuant to 15 U.S.C. § 1681n.

## CLASS ALLEGATIONS

23. This claim is brought on behalf of a class, consisting of all persons with Wisconsin addresses to whom Defendant sent <u>Exhibit A</u> after November 20, 2004.

21. The class is so numerous that joinder of all members is impracticable. <u>Exhibit A</u> is obviously a form document. According to <u>Exhibit A</u>, the consumer report of each such individual was accessed.

22. There are questions of law and fact common to the class, which predominate over any questions affecting only individual class members. The predominant common question is whether <u>Exhibit A</u> constitutes a firm offer of credit.

23. Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual issues.

24. Plaintiff will fairly and adequately represent the members of the class. Plaintiff has retained counsel experienced in the prosecution of similar claims.

25. A class action is superior for the fair and efficient prosecution of this litigation. Injunctive relief is unavailable to private litigants under the FCRA. Classwide liability is essential to cause defendant to stop its improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiff requests that the Court enter judgment in plaintiff's favor and in favor of the class for:

    a. Appropriate damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as is appropriate.

## JURY DEMAND

Plaintiff demands trial by jury.

4

Respectfully submitted,

S/ Robert K. O'Reilly
Robert K. O'Reilly (SBN 1027032)
John D. Blythin (SBN 1046105)
J. Scott Schnurer (SBN 1035858)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, Wisconsin 53110
roreilly@ademilaw.com
(414) 482-8000
(414) 482-8001 (FAX)

# EXHIBIT A

```
                                    PRE-APPROVED*    8181-E11    MORTGAGE LOAN    01/20/2006
20800 Swenson Dr, Suite 225
Waukesha, WI 53186
```

**Home123**
Cutting through the loan clutter

PAY TO: Mary Forrest                                                    **$90,341.10**

Activation Code: E10531746427
Mary Forrest
1926 S. 57th St.
Milwaukee, WI 53219-1510

                                                                    2645

NON-NEGOTIABLE

You're Pre-Approved for a first mortgage loan and to get extra cash up to the above amount. For faster service, call toll free **(800) 992-3099** today.

---





### We Have Great News!

**You're Pre-Approved* for a Mortgage Loan and Extra Cash Up to $90,341.10!**

Dear Ms. Mary Forrest,

Imagine... no lengthy processing time, no embarrassing questions, and no headaches – all because you're pre-approved for a Home123 first mortgage loan. With one simple call, you could receive up to $90,341.10 in extra cash in just a few days.

**In an uncertain economy, be financially secure!**

With today's changing times, it only makes sense to be financially secure. We can show you how to combine today's mortgage rates with the power of the equity in your home to secure a stronger financial future. Refinancing your current mortgage can protect you and your family from the ups and downs in today's economy by providing these benefits:

- Consolidate first and second mortgages into one low monthly payment
- Pay off high interest credit cards, installment loans or other debt
- Get the extra cash to remodel your home and increase its value
- Take advantage of one of the last remaining interest expense tax deductions**

Today, refinancing your current mortgage and getting extra cash can be your best solution. However, should you prefer one of our other mortgage loan products, we have a variety of loan programs available to meet your needs. At Home123, we are committed to helping you save money.

**We're ready to work for you now! Call (800) 992-3099.**

Home123 has helped thousands of people just like you to get the money they need. Let us help you too. **We will design a payment plan to fit your budget** – even if you're self-employed, have past credit problems or been turned down by other lenders, we'll work with your individual situation and offer you an affordable payment plan.

You can count on Home123's strength and professionalism as a recognized nationwide lender with loan amounts from $50,000 up to $750,000. And you'll get the personalized attention that is so hard to find these days because we're just a phone call away in **Waukesha**! There's no reason to delay, call now!

**Act today for a secure tomorrow!**

This is a limited-time offer! So, take that first step to a better tomorrow. Call **(800) 992-3099** to speak with a Home123 representative. Or if you prefer, complete the pre-approved Acceptance Certificate and fax it to **(888) 514-7666** or mail it in the enclosed envelope. Remember, we're here to make today's low interest rates work for you. And because you've already been pre-approved, it couldn't be easier.

Sincerely,

*Jeffrey Stoub*
Jeffrey Stoub
Branch Manager

> *See reverse for IMPORTANT PROGRAM INFORMATION.
> ** Consult your tax advisor regarding your individual situation.

P.S. Take advantage of your pre-approved status and start saving money today! Get faster service by calling **(800) 992-3099**.

---

> *You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information about prescreened offers.*

Visit us on the Web: www.Home123.com    2645    8181-E11    082 11-1022383

## Acceptance Certificate

**home123**
Cutting through the loan clutter

### About Your Home

$ _____  _____  $ _____
Current home value   Purchase date   Purchase price

$ _____   $ _____
1st mortgage present balance    2nd mortgage present balance

$ _____   $ _____
1st mortgage payment            2nd mortgage payment

_____ %   _____ %
1st mortgage interest rate   2nd mortgage interest rate

**Type of home**
❏ Single Family   ❏ Condo/Townhouse   ❏ Duplex

### About Yourself

( ) _____   ( ) _____
Daytime Telephone          Evening Telephone

_____ A.M./P.M.   _____
Best Time to Call              E-mail Address (Optional)

_____   $ _____
Social Security Number   $ Amount you wish to borrow

By signing, you agree to be bound by the terms and conditions stated in the IMPORTANT PROGRAM INFORMATION and for Home123 to pull your credit report.

X _____   _____
Your Signature                   Date

_____
Please, print your name here

*Complete and fax both sides or mail this form in the envelope provided or, for faster service, respond by phone.*

## IMPORTANT PROGRAM INFORMATION

**PRE-SCREEN & OPT-OUT NOTICE:** This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed and we may refuse to extend credit to you if you do not meet our criteria or you fail to furnish any required collateral. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies listed below toll free at 1-888-5 OPT OUT (1-888-567-8688); or write to them individually at:

**TransUnion LLC**
Attn: Name Removal Option
P.O. Box 505
Woodlyn, PA 19094

**Experian**
Attn: Consumer Opt Out
701 Experian Parkway
Allen, TX 75013

**Equifax, Inc.**
Attn: Consumer Opt-out/Options
P.O. Box 740123
Atlanta, GA 30374-0123

Requirements for a Home123 Loan:
We must receive a response from you on or before the expiration date. If we receive it after that date, we may require you to follow our normal application procedure and we will then evaluate your application based on our current underwriting criteria. This offer is for a secured first mortgage loan only, and your primary residence is the collateral for the loan. This offer cannot be transferred, combined with, or used in conjunction with any other offer from Home123 Corporation, a wholly owned subsidiary of New Century Financial Corporation, or New Century Mortgage Corporation. You must comply with our loan program requirements, which include, but are not limited to, obtaining an appraisal, paying closing costs and fees; signing and delivering valid mortgage documents. You must be the person identified as the addressee in order to accept this offer, and you must be of legal contract age. If another person wishes to apply for credit with you, he/she must also meet the minimum credit and underwriting criteria for the loan. We will determine the specific terms of your loan based on the product you request and the information obtained in processing this loan, including, but not limited to, the credit bureau report, appraisal, equity in your home and verification of income. If you do not meet the necessary qualifications, other programs may be available.

Trade line level data was not used in calculation of the Equity Amount contained in this mail piece.

For standard loan programs as of 6/22/05, depending upon the program chosen initial interest rates generally range between (note rate: 5.7% with 3.25 points) to (note rate: 11.95% with 5 points); for standard adjustable rate programs, rates fixed for 24 months, then adjust every six months with 1% cap per adjustment; adjustment based upon 6 month LIBOR index as published in Wall Street Journal; repayment schedule fully amortized over 360 monthly payments. Ex. For $100,000 loan at a fixed note rate of 5.7% with 3.25 points, APR = 6.028 %, subject to increase after closing. Initial payment = $ 580.40. For specific details as to the loan programs you may qualify for, please contact us. Rates subject to change without notice.

Withdrawal of Offer
We may withdraw our offer entirely if updated information we receive from you or a credit bureau show that you do not meet the criteria established for this loan, or if you have moved from the home address to which this offer was mailed.
We may also withdraw our offer if the following conditions are not met:

(I.) You do not have sufficient equity for our minimum loan amount of $50,000.00, based on a loan to value ratio of 85% (80% in Texas) of the appraised value of your home.
(II.) You do not have sufficient income to repay the new obligation.

Home123 Corporation and New Century Mortgage Corporation dba Home123 Corporation are both wholly owned subsidiaries of New Century Financial Corporation and jointly market mortgage services under the same trade name – Home123. Equal Opportunity Lender  Home123 Corporation: AZ: Mortgage Banker Licensee BK 0904443. CA: Licensed by the Department of Corporations under the California Residential Mortgage Lending Act. GA: Georgia Residential Mortgage Lender License #15212. IL: Illinois Residential Mortgage Licensee. KS: Kansas Supervised Loan License #2000-4019. MA: Mortgage Lender and Mortgage Broker License #MC1485. MN: This advertisement is not an offer to enter an interest rate lock agreement under Minnesota Law. MS: Mississippi Registered Mortgage Company. NV: 6548 S. McCarran Blvd, Unit B, Reno, NV 89509 (775) 824-2940. NH: Licensed by the New Hampshire Banking Department.  NY: Licensed Mortgage Banker, NYS Banking Department.  PA: Licensed by the Pennsylvania Department of Banking.  RI: Rhode Island Licensed Lender.  WA: Licensed Consumer Loan Company.  Headquartered at 3351 Michelson Dr., Suite 400, Irvine, CA 92612.  New Century Mortgage Corporation d/b/a Home123 Corporation:  NJ: Licensed Mortgage Banker, New Jersey Department of Banking and Insurance, 116 Village Blvd., Suite 307, Princeton, NJ 09540 (609) 721-1166.  OH: Mortgage Broker License #MB3818, 18400 Von Karman, Irvine, CA 92612.  First Mortgages only in OH.

All loans subject to underwriting approval, including credit verification and property valuation. Not all borrowers will qualify. Our minimum loan amount is $50,000. Loans not available in Alaska. If you decide to accept a loan, there will be appraisal, title search fees, and other costs, but it costs you nothing to get all the details or apply. ©2005 Home123, 3351 Michelson Dr. Suite 400, Irvine, CA 92612.

